UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**LaCREAM NEWMAN,**

            **Plaintiff,**

  v.                                                       No. 04-CV-395
                                                              (TJM/DRH)

**GEORGE B. DUNCAN, Superintendent of
Great Meadow Correctional Facility; DAVID
CARPENTER, Deputy Superintendent;
PATRICK VANGUILDER, Deputy
Superintendent of Security; WILLIAM
MAZZUCA, Superintendent of Fishkill
Correctional Facility; R. ERCOLE, Deputy
Superintendent of Security; J. CONKLIN,
Corrections Sergeant; and JOHN DOE,
Corrections Officer,**

           **Defendants.**
_____

**THOMAS J. McAVOY,
Senior United States District Judge**

## DECISION & ORDER

**I. INTRODUCTION**

      This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c). No objections to the Report-Recommendation and Order dated September 6, 2007 have been filed. Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. Accordingly, the

1

Court adopts the Report-Recommendation and Order for the reasons stated therein.

It is therefore,

**ORDERED** that

(1)  Defendants' motion for summary judgment (Docket No. 36) is **GRANTED** as to defendants Duncan, Carpenter, VanGuilder, Mazzuca, Ercole, and Conklin and as to all of Newman's causes of action;

(2)  The complaint is **DISMISSED** without prejudice as to defendant John Doe; and

(3) This action is **TERMINATED** in its entirety as to all defendants and all claims.

**IT IS SO ORDERED**

DATED:September 26, 2007

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge